# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1292-MDB

JOHN MEGGS, et al.

    Plaintiffs,

    vs.

DCI REAL ESTATE NORTH ACADEMY LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

The Plaintiffs by and through undersigned counsel, and with consent of the Defendant, hereby inform this Court that the parties have settled the above-captioned matter. Counsel for the respective parties expect to file a stipulated dismissal, with prejudice, within the next sixty days.

Respectfully submitted this 15th day of September 2022.

*s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Phone (609) 319-5399
Fax (314) 898-0458
js@shadingerlaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certifies that on this 15th day of September 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
