# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01292-MBD

JOHN MEGGS, et al.,

        Plaintiffs,

vs.

DCI REAL ESTATE NORTH ACADEMY LLC,

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties; each party shall bear its own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Jason W. Downie |
| Jon G. Shadinger Jr., Esq. | Jason W. Downie, Esq. |
| Shadinger Law, LLC | Susemihl, McDermott, Downie, PC |
| 717 E. Elmer Street, Suite 7 | 660 Southpointe Court, Suite 210 |
| Vineland, NJ 08360 | Colorado Springs, CO 80906 |
| js@shadingerlaw.com | Phone (719) 579-6500 |
| Direct (609) 319-5399 | Fax (719) 579-9339 |
| Office (609) 236-3211 | jdownie@smmclaw.com |
| Fax (609) 900-2760 | *Attorney for Defendant* |
| *Attorney for Plaintiffs* | |

Dated: October 28, 2022

10